FORM 2. Notice of Appeal from the United States Court of Federal Claims

Form 2
July 2020

## UNITED STATES COURT OF FEDERAL CLAIMS

Jose Israel Leon, Plaintiff,

v.

The U.S D.O.D., D.OJ, The C.I.A Headquarters, the U.S. Armed Forces of Wisconsin/Pentagon Head Quarters, D.O.J. of Wisconsin, U.S. Marshal service/U.S. Marshal service Headquarters... Next Page →, Defendant.

Case No. 22-cv-112-wmc

### NOTICE OF APPEAL

Notice is hereby given that the following party/parties* Jose Israel Leon in the above-named case hereby appeal(s) to the United States Court of Appeals for the Federal Circuit the final judgment or an order entered in this action on April 13th 2022.

Date: April 26th 2022

Signature: [signed]

Name: Jose Israel Leon

Address: 272 Misty Meadows ln, Menasha W.I. 54952

Phone Number: (920) 809-7381

Email Address: Jos.Israelleon@gmail.com

*See Fed. R. App. P. 3(c) for permissible ways of identifying appellants.